UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NOELLE SCANNAPIECO,                                        :
:
Plaintiff,                 :
:                 21-CV-3525 (JMF)
-v-                                         :
:                 ORDER
PHYSICAN AFFILIATE GROUP OF NEW YORK PC,   :
et al.,                                                    :
:
Defendants.                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The deadline for production of all document discovery is extended to **June 21, 2022**;

- The deadline for fact discovery is extended to **July 29, 2022**;

- The deadline for expert discovery is extended to **September 9, 2022**;

- If any party intends to file a motion for summary judgment, that party shall, no later than 14 days after the close of fact discovery (**August 12, 2022**), file a pre-motion letter indicating the basis for the anticipated motion;

- Plaintiff shall, no later than **June 3, 2022**, provide to Defendants a revised settlement demand.

**No further extensions of the July 29, 2022, and September 9, 2022 deadlines will be granted.**

By separate Order to be entered today, the Court is referring this case to Magistrate Judge Lehrburger for settlement purposes. As noted in that Order, the parties shall, no later than **May 27, 2022**, contact his Chambers to schedule a settlement conference to take place no later than **July 29, 2022**.

SO ORDERED.

Dated: May 25, 2022
       New York, New York                       _____
                                                JESSE M. FURMAN
                                                United States District Judge